**Order entered November 30, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01357-CV

## IN RE LOUISE DAVIS, Relator

**Original Proceeding from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-13843**

## ORDER

Before Justices Bridges, Brown, and Boatright

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus as moot.

/s/     JASON BOATRIGHT
JUSTICE